torney, with him *Joseph H. Loughran,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hardwick, Appellant.

Submitted April 10, 1967. *William Hardwick,* appellant, in propria persona; *Thomas A. Swope, Jr.,* Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Harn, Appellant.

Submitted April 10, 1967. *Robert E. Harn,* appellant, in propria persona; *Thomas P. Ruane, Jr.,* First Assistant District Attorney, and *John R. Hoye,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Henderson, Appellant.

Submitted April 10, 1967. *Ulysses L. Henderson,* appellant, in propria persona; *William D. Phillips,* Assistant District Attorney, and *Harold V. Fergus,* District Attorney, for Commonwealth, appellee.

Order affirmed.